

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00387-CV

## IN THE INTEREST OF C.L.E.E.G., A CHILD

On Appeal from the
156th District Court of Bee County, Texas
Trial Cause No. B-19-1045-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Appellee, TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, is exempt from all costs.

We further order this decision certified below for observance.

February 4, 2021